**CALLISTER & FRIZELL**
ATTORNEYS AT LAW
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Telephone (702) 657-6000
Facsimile (702) 657-0065
R. DUANE FRIZELL
Nevada Bar No. 9807
*Attorneys for Plaintiff Robert Penrod*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT PENROD,<br><br>  Plaintiff,<br><br>vs.<br><br>BRETT ATWOOD; DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10,<br><br>  Defendants. | CASE NO:   2:09-cv-00690-RLH-PAL |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

COME NOW, ROBERT PENROD, by and through his attorney R. DUANE FRIZELL, ESQ. of the law firm CALLISTER & FRIZELL, and BRETT ATWOOD by and through his attorney KEITH D. KAUFMAN, ESQ. of the law firm ROBINSON & WOOD, INC., and do hereby stipulate as follows:

The parties hereby stipulate that this matter has been settled. Accordingly, this lawsuit and all claims, including counterclaims, asserted herein may, and hereby are, dismissed with prejudice. Each party shall bear their own attorney's fees and costs. The parties respectfully request that the Court enter the below Order confirming dismissal with prejudice.

///
///
///
///
///
///

1  Further, the parties stipulate and agree that this Court shall retain jurisdiction over this
2  matter for the sole purpose on enforcing the settlement in accordance with the terms of the
3  Settlement Agreement and General Release, should any party hereto deem it necessary to file
4  proceedings to enforce the settlement.

Dated: August 6, 2010

CALLISTER & FRIZELL

By: _____
R. DUANE FRIZELL, ESQ.
Nevada Bar No. 009807
8275 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

Dated: August 6, 2010

ROBINSON & WOOD, INC.

By: _____
KEITH D. KAUFMAN, ESQ.
Nevada Bar No. 008523
5856 S. Fort Apache Rd. #100
Las Vegas, Nevada 89148
*Attorneys for Defendant*

IT IS SO ORDERED.

**ORDER**

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 9, 2010

CASE NO.: 2:08-CV-1258

DATED this 6th day of August 2010.

Respectfully submitted,

**CALLISTER & FRIZELL**
ATTORNEYS AT LAW
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

By: _____
R. DUANE FRIZELL
Nevada Bar No. 9807
*Attorneys for Plaintiff Robert Penrod*

2